No. 385. EX PARTE TORREGROSA.—Petition for the approval of the notarial surety bond given by the National Surety Company on February 7, 1913. Decided March 26, 1913. Bond approved. The petitioner appeared *pro se.*

———

No. 101. RODA *v.* LÓPEZ, DISTRICT JUDGE, ET AL.—Petition for a writ of *certiorari* to the Judge of the District Court of Humacao and others. Decided March 26, 1913. Petition denied. *Mr. Rafael López Landrón* for petitioner.

———

No. 961. VILELLA ET AL. *v.* VILELLA ET AL.—
No. 968. VILELLA ET AL. *v.* VILELLA ET AL.—

Appeals from the District Court of Aguadilla. Motions to dismiss appeals. Decided March 27, 1913. Both appeals dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Carlos Franco Soto* for the movers. *Mr. Rafael López Landrón* for adverse parties.

———

No. ——. MARTÍNEZ *v.* SUCCESSION OF GONZÁLEZ ET AL.—Appeal from the District Court of Arecibo. Motion of respondents, with the consent of the appellant, to dismiss appeal. Decided March 27, 1913. Motion denied because it does not show the date of the judgment rendered by the lower court and the filing of the appeal therefrom. *Mr. Santiago B. Palmer* for respondents. *Mr. Antonio Suliveres* for appellant.